# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Johnson, Kimberly C. Priest | U.S District Court for the Eastern District of Texas | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

United States Federal Courthouse
7940 Preston Road
Plano, TX 75024

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Bench Bar Planning Committee | Eastern District of Texas Bar Association |
| 2. | Adjunct Faculty | SMU Dedman School of Law |
| 3. | Board of Directors | Reclaim611 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | SMU Dedman School of Law | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed (attorney) |
| 2. | 2018 | SMU Dedman School of Law |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sedona Conference Institute | 3/1/18-3/2/18 | Nashville, TN | 12th Annual Sedona Conference Institute | Travel, lodging, meals |
| 2. | Eastern District of Texas Bar Association | 5/24/18 | Austin, TX | Circuit Dinner | Meal |
| 3. | Notre Dame Law School | 8/15/18-8/19/18 | Notre Dame, IN | Trial Practice Seminar Instructor | Travel, lodging, meals |
| 4. | ChIPs | 10/17/18-10/18/18 | Washington, DC | ChIPs Global Summit | Travel, lodging, meals |
| 5. | University of Texas Law School | 11/1/18-11/2/18 | Austin, TX | 23rd Annual Advanced Patent Law Institute | Travel, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FACTS Management Co. | tuition loan | J |
| 2. | Northwestern Mutual Life | insurance loan | None |
| 3. | Wells Fargo | line of credit | L |
| 4. | Wells Fargo | capital loan | M |
| 5. | First United Bank | line of credit | M |
| 6. | Citibank | credit card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK (CASH) | A | Interest | K | T | | | | | |
| 2. BBVA COMPASS (CASH) | A | Interest | L | T | | | | | |
| 3. RENTAL PROPERTY, TIGERTOWN, TX (1/5 INTEREST) | A | Rent | K | W | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. AMG SOUTHERNSUN U.S. EQUITY FUND CLASS I N/L (SSEIX) | | None | | | Sold | 09/13/18 | J | | |
| 6. BROWN ADVISORY GROWTH EQUITY FUND INVESTOR SHARES N/L (BIAGX) | A | Dividend | J | T | | | | | |
| 7. EUROPACIFIC GROWTH FUND CLASS F2 - AMERICAN FUNDS N/L (AEPFX) | A | Dividend | J | T | | | | | |
| 8. JOHN HANCOCK DISCIPLINED VALUE FUND CLASS I N/L (JVLIX) | A | Dividend | J | T | | | | | |
| 9. JPMORGAN VALUE ADVANTAGE FUND INSTITUTIONAL CLASS N/L (JVAIX) | | None | | | Sold | 09/13/18 | J | | |
| 10. LAZARD EMERGING MARKETS EQUITY PORT INSTITUTIONAL SHS N/L (LZEMX) | A | Dividend | J | T | | | | | |
| 11. CLEARBRIDGE AGGRESSIVE GROWTH FUND CLASS I N/L (SAGYX) | A | Dividend | J | T | | | | | |
| 12. NUANCE MID CAP VAL FD (NMVLX) | A | Dividend | J | T | Buy | 09/13/18 | J | | |
| 13. MERIDIAN GRWTH FD INV CLASS (MRIGX) | A | Dividend | J | T | Buy | 09/13/18 | J | | |
| 14. METROPOLITAN WEST TOTAL RETURN BOND FUND CLASS I N/L (MWTIX) | A | Dividend | J | T | | | | | |
| 15. VICTORY INTEGRITY SMALL CAP VALUE FUND CLASS Y N/L (VSVIX) | A | Dividend | J | T | Sold (part) | 09/13/18 | J | | |
| 16. ISHARES TR CORE US AGGBD ET (AGG) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. ISHARES TR MIN VOL USA ETF (USMV) | A | Dividend | J | T | | | | | |
| 18. ISHARES TR CORE MSCI EAFE (IEFA) | A | Dividend | J | T | | | | | |
| 19. VANGUARD INDEX FUNDS S&P 500 ETF SHS NEW (VOO) | A | Dividend | J | T | | | | | |
| 20. IRA #2 (H) | | | | | | | | | |
| 21. RAYMOND JAMES BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 22. AMG SOUTHERNSUN U.S. EQUITY FUND CLASS I N/L (SSEIX) | | None | | | Sold (part) | 02/06/18 | J | | |
| 23. | | | | | Sold | 09/13/18 | K | | |
| 24. BROWN ADVISORY GROWTH EQUITY FUND INVESTOR SHARES N/L (BIAGX) | D | Dividend | L | T | Sold (part) | 02/05/18 | K | A | |
| 25. EUROPACIFIC GROWTH FUND CLASS F2 - AMERICAN FUNDS N/L (AEPFX) | D | Dividend | L | T | Sold (part) | 02/06/18 | K | | |
| 26. JOHN HANCOCK DISCIPLINED VALUE FUND CLASS I N/L (JVLIX) | D | Dividend | L | T | Sold (part) | 02/06/18 | K | | |
| 27. | | | | | Buy (add'l) | 09/14/18 | K | | |
| 28. JPMORGAN VALUE ADVANTAGE FUND INSTITUTIONAL CLASS N/L (JVAIX) | | None | | | Sold (part) | 02/05/18 | J | | |
| 29. | | | | | Sold | 09/13/18 | L | A | |
| 30. LAZARD EMERGING MARKETS EQUITY PORT INSTITUTIONAL SHS N/L (LZEMX) | A | Dividend | K | T | Sold (part) | 02/05/18 | J | | |
| 31. CLEARBRIDGE AGGRESSIVE GROWTH FUND CLASS I N/L (SAGYX) | D | Dividend | L | T | Sold (part) | 02/05/18 | J | | |
| 32. NUANCE MID CAP VALUE FUND (NMVLX) | B | Dividend | K | T | Buy | 09/13/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. MERIDIAN GROWTH FUND (MRIGX) | C | Dividend | K | T | Buy | 09/13/18 | K | | |
| 34. METROPOLITAN WEST TOTAL RETURN BOND FUND CLASS I N/L (MWTIX) | C | Dividend | M | T | Sold (part) | 02/06/18 | J | | |
| 35. VICTORY INTEGRITY SMALL CAP VALUE FUND CLASS Y N/L (VSVIX) | C | Dividend | K | T | Sold (part) | 02/05/18 | J | | |
| 36. | | | | | Sold (part) | 09/13/18 | J | | |
| 37. ISHARES TR CORE US AGGBD ET (AGG) | B | Dividend | L | T | Sold (part) | 02/06/18 | J | | |
| 38. ISHARES TR MIN VOL USA ETF (USMV) | A | Dividend | K | T | Sold (part) | 02/06/18 | J | | |
| 39. ISHARES TR CORE MSCI EAFE (IEFA) | B | Dividend | L | T | Sold (part) | 02/06/18 | J | | |
| 40. VANGUARD INDEX FUNDS S&P 500 ETF SHS NEW (VOO) | C | Dividend | M | T | Sold (part) | 02/06/18 | K | | |
| 41. IRA ACCOUNT #3 (H) | | | | | | | | | |
| 42. RAYMOND JAMES BANK DEP PROG SWEEP (Y) | | | | | Open | 02/06/18 | M | | |
| 43. RJ FORETHOUGHT FOREACCUMULATION ANNUITY | | None | M | T | Buy | 02/09/18 | M | | |
| 44. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 45. RAYMOND JAMES BANK DEPOSIT PROGRAM (X) | A | Interest | J | T | | | | | |
| 46. CHAMPLAIN MID CAP FUND (CIPMX) | A | Dividend | K | T | Buy | 09/11/18 | J | | |
| 47. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 48. AMERICAN MUTUAL FUND CLASS F2 - AMERICAN FUNDS N/L (AMRFX) | B | Dividend | K | T | Buy (add'l) | 02/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 50. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 51. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 52. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 53. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 54. DODGE & COX INCOME FUND N/L (DODIX) | A | Dividend | K | T | Buy (add'l) | 02/26/18 | J | | |
| 55. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 56. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 57. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 58. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 59. EUROPACIFIC GROWTH FUND CLASS F2 - AMERICAN FUNDS N/L (AEPFX) | B | Dividend | K | T | Buy (add'l) | 02/27/18 | J | | |
| 60. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 61. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 62. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 63. JPMORGAN VALUE ADVANTAGE FUND CLASS L N/L (JVAIX) | | None | | | Buy (add'l) | 02/26/18 | J | | |
| 64. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 65. | | | | | Buy (add'l) | 06/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. | | | | | Sold | 09/11/18 | J | A | |
| 67. CLEARBRIDGE AGGRESSIVE GROWTH FUND CLASS I N/L (SAGYX) | B | Dividend | J | T | Buy (add'l) | 02/26/18 | J | | |
| 68. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 69. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 70. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 71. LOOMIS SAYLES GROWTH FUND CLASS Y N/L - NATIXIS ADVISOR (LSGRX) | B | Dividend | K | T | Buy (add'l) | 02/26/18 | J | | |
| 72. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 73. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 74. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 75. METROPOLITAN WEST TOTAL RETURN BOND FUND CLASS I N/L (MWTIX) | A | Dividend | K | T | Buy (add'l) | 02/27/18 | J | | |
| 76. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 77. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 78. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 79. PRUDENTIAL HIGH YIELD FUND CLASS Z N/L (PHYZX) | A | Dividend | | | Buy (add'l) | 02/26/18 | J | | |
| 80. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 81. | | | | | Sold | 05/16/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. PIMCO LOW DURATION FUND (PLDPX) | A | Dividend | J | T | Buy | 05/16/18 | J | | |
| 83. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 84. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 85. T. ROWE PRICE SMALL CAP VALUE FUND INVESTOR CLASS N/L (PRSVX) | B | Dividend | J | T | Buy (add'l) | 02/26/18 | J | | |
| 86. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 87. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 88. | | | | | Sold (part) | 09/11/18 | J | | |
| 89. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 90. WESTERN ASSET TOTAL RETURN UNCONSTRAINED FUND CLS I N/L (WAARX) | A | Dividend | J | T | Buy (add'l) | 02/26/18 | J | | |
| 91. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 92. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 93. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 94. ISHARES TR CORE US AGGBD ET (AGG) | A | Dividend | K | T | Buy (add'l) | 02/27/18 | J | | |
| 95. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 96. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 97. | | | | | Buy (add'l) | 09/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 98. ISHARES TR MIN VOL USA ETF (USMV) | A | Dividend | K | T | Buy (add'l) | 02/27/18 | J | | |
| 99. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 100. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 101. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 102. ISHARES TR CORE MSCI EAFE (IEFA) | A | Dividend | K | T | Buy (add'l) | 02/27/18 | J | | |
| 103. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 104. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 105. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 106. VANGUARD INDEX FUNDS S&P 500 ETF SHS NEW (VOO) | A | Dividend | K | T | Buy (add'l) | 02/27/18 | J | | |
| 107. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 108. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 109. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 110. RETIREMENT SAVINGS PLAN #1 (H) | | | | | | | | | |
| 111. VANGUARD INST TR 2035 | A | Dividend | J | T | | | | | |
| 112. 529 ACCOUNT #1 (H) | | | | | | | | | |
| 113. NEST NE 529 AGE BASED GRWTH 15-16 (FORMERLY 15-18) CL A M/F (NEFEA) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 114. 529 ACCOUNT #2 (H) | | | | | | | | | |
| 115. NEST NE 529 AGE BASED GRWTH 11-12 (FORMERLY 11-14) CL A M/F (NEEFA) | | None | J | T | | | | | |
| 116. 529 ACCOUNT #3 (H) | | | | | | | | | |
| 117. NEST NE 529 AGE BASED GROWTH 6-10 CLASS A M/F (NASTA) | | None | | | Sold | 07/23/18 | J | | |
| 118. NEST NE 529 AGE BASED 9-10 (NASGA) | | None | K | T | Buy | 07/23/18 | J | | |
| 119. 529 ACCOUNT #4 (H) | | | | | | | | | |
| 120. NEST NE 529 AGE BASED 6-8 (FORMERLY 6-10) CL A M/F (NASTA) | | None | | | Buy | 01/09/18 | J | | |
| 121. | | | | | Sold | 10/08/18 | J | | |
| 122. NEST NE 529 AGE BASED 9-10 CL A M/F (NASGA) | | None | J | T | Buy | 10/08/18 | J | | |
| 123. 529 ACCOUNT #5 (H) | | | | | | | | | |
| 124. NEST NE 529 AGE BASED GRWTH 6-8 (FORMERLY 6-10) CL A M/F (NASTA) | | None | J | T | Buy | 01/09/18 | J | | |
| 125. WHOLE/UNIVERSAL LIFE INSURANCE POLICIES (H) | | | | | | | | | |
| 126. METLIFE FLEXIBLE PREMIUM VARIABLE LIFE | A | Interest | J | T | | | | | |
| 127. NORTHWESTERN MUTUAL LIFE | | None | K | T | | | | | |
| 128. NORTHWESTERN MUTUAL VARIABLE LIFE INVESTMENT POLICY (H) | | | | | | | | | |
| 129. NORTHWESTERN MUTUAL US EQUITY LARGE CAP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 130. NORTHWESTERN MUTUAL US EQUITY MID CAP | A | Dividend | J | T | | | | | |
| 131. NORTHWESTERN MUTUAL US EQUITY SMALL CAP | A | Dividend | J | T | | | | | |
| 132. NORTHWESTERN MUTUAL INT'L DEVELOPED MKTS | A | Dividend | J | T | | | | | |
| 133. NORTHWESTERN MUTUAL REAL ESTATE SECURITIES | A | Dividend | J | T | | | | | |
| 134. NORTHWESTERN MUTUAL ADJUSTABLE COMP LIFE VARIABLE INVESTMENT POLICY (H) | | | | | | | | | |
| 135. NORTHWESTERN MUTUAL US EQUITY LARGE CAP (X) | A | Dividend | L | T | | | | | |
| 136. NORTHWESTERN MUTUAL US EQUITY MID CAP (X) | A | Dividend | J | T | | | | | |
| 137. NORTHWESTERN MUTUAL US EQUITY SMALL CAP (X) | A | Dividend | J | T | | | | | |
| 138. NORTHWESTERN MUTUAL INT'L DEVELOPED MKTS (X) | A | Dividend | K | T | | | | | |
| 139. NORTHWESTERN MUTUAL REAL ESTATE SECURITIES (X) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnson, Kimberly C. Priest | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 42: Following a reportable transaction, this item became unreportable without a corresponding reportable transaction.

Part VII, lines 85, 115, 120, and 124: Name/ticker changes are the result of corporate action; all reportable transactions are listed.

Part VII, lines 126 and 127: These are whole life style policies; they do not have individual underlying investments.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimberly C. Priest Johnson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544